IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CRAMER,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BOROUGH OF NAZARETH, PA,<br>　　　　　　Defendant. | :<br>:<br>:<br>:　Civil No. 5:24-cv-01479-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 12th day of April, 2024, **IT IS HEREBY ORDERED THAT** the application of, Jeffrey Rowes, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒　Granted[1]

☐　Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] To meet the requirement of registering for ECF in the Eastern District of Pennsylvania, counsel is directed to the Court's website:　https://www.paed.uscourts.gov/nextgen-cmecf