## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CRAMER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:24-cv-01479-JMG |
| | : | |
| BOROUGH OF NAZARETH, PA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 12th day of April, 2024, **IT IS HEREBY ORDERED THAT** the application of, Bobbi M. Taylor, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒    Granted[1]

☐    Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] To meet the requirement of registering for ECF in the Eastern District of Pennsylvania, counsel is directed to the Court's website:   https://www.paed.uscourts.gov/nextgen-cmecf